**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

April 7, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

VIA ECF

ROY W. BREITENBACH
MEMBER
DIRECT:  (516).880.8378
MOBILE: 516.382.5126
FAX:       516.880.8483
rbreitenbach@harrisbeachmurtha.com

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    *Gordon Surgical Group v. Empire HealthChoice*, 24-cv-08551

Dear Judge Rochon:

    We represent Plaintiff in this lawsuit. We jointly submit this letter with Defendants' counsel to request a stay of this action while the parties continue to negotiate a global resolution of Plaintiff's claims in this case and the other cases pending before other courts in this District.

    It has taken the parties longer than anticipated to reach a resolution given the number of claims at issue and the age of some of those claims. Thus, in the interest of judicial economy and so as not to further burden the Court, the parties respectfully request a 90-day stay of this action, including all conferences and deadlines. The parties will endeavor to finalize settlement and file a stipulation of dismissal within those 90 days.

    We thank Your Honor for your consideration of this matter.

Respectfully,

*/s/ Roy W. Breitenbach*

Roy W. Breitenbach

RWB:

cc: Valerie Sirota, Esq.

HARRIS BEACH MURTHA CULLINA PLLC

---

The request is GRANTED. The initial pretrial conference is rescheduled to **July 22, 2025** at **2:00 p.m.**

Date:   April 8, 2025
          New York, New York

SO ORDERED.

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
United States District Judge