**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

July 18, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:  516.880.8378
MOBILE: 516.382.5126
FAX:     516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

VIA ECF

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

> The request is GRANTED. The Court will adjourn the initial pretrial conference to **August 26, 2025 at 3:00 p.m.**
>
> Date:  July 18, 2025
>        New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:   Gordon Surgical v. Empire, 24-08551-JLR-

Dear Judge Rochon:

    We represent the Plaintiffs, and write jointly with Defendants' counsel, to request a 30-day adjournment of the initial conference scheduled for July 22, 2025, along with the deadline to submit a proposed Civil Case Management Plan and Scheduling Order.

    The basis for this request is this case is one of twelve between the parties regarding what Plaintiffs contend is Defendants' failure to properly reimburse Plaintiffs for providing covered medical services to Defendants' enrollees. These lawsuits were all previously combined into one lawsuit, which Judge Woods ordered by split so that each lawsuit involves a single plan administered by Defendants. The parties are currently in the process of attempting to settle all these cases. The issues are somewhat complex, and accordingly it is taking longer than anticipated. We are respectfully requesting an additional 30 days because we are hopeful that settlement can finally be accomplished within that time frame.

    Respectfully,

*Roy W. Breitenbach*

Roy W. Breitenbach

RWB:

cc:   Valerie Sirota, Esq.